UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:06Cr430 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| JOSEPH DiBRUNO, SR, et al., | ) | |
| Defendant | ) | |

BEFORE THE COURT is a Pro Se Motion of Defendant Joseph DiBruno, Sr., to dismiss for violation of the Speedy Trial Act.

For the reasons set forth in the Governments' Opposition to Defendant's Motion to Dismiss for Violations of the Speedy Trial Act, the motion is hereby DENIED.

Signed: July 20, 2007

Frank D. Whitney
United States District Judge